UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Francisco A. Meran-Montero</u>

    v.                                                                                     Case No. 23-cv-61-SM

<u>FCI Berlin, Warden</u>

<u>ORDER</u>

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 30, 2023, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" <u>School Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (<u>quoting</u> <u>Keating v. Secretary of Health & Human Servs.</u>, 848 F.2d 271, 275 (1st Cir.1988)); <u>see</u> <u>also</u> <u>United States v. Valencia-Copete</u>, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk of court shall enter Judgment and close the case.

**So Ordered.**

                                                                   Steven J. McAuliffe
                                                                   United States District Judge

Date: June 26, 2023

cc:   Francisco A. Meran-Montero, pro se
       Heather A. Cherniske, AUSA